TIMOTHY COURCHAINE
United States Attorney
District of Arizona
PETE ANDREW SABORI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7339
Email: pete.sabori@usdoj.gov
Attorneys for Plaintiff

FILED
2025 JUL 23 PM 1:54
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-03321 TUC-RCC(MAA)

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |
| Ivan Gonzalez, | 18 U.S.C. §§ 111(a)(1) & (b)<br>Assault on a Federal Officer – Deadly or Dangerous Weapon<br>Counts 1 and 2 |
| Defendant. | 18 U.S.C. § 1361<br>(Damage to Property of the United States)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

**ASSAULT ON A FEDERAL OFFICER – DEADLY OR DANGEROUS WEAPON**

On or about June 5, 2025 in the District of Arizona, IVAN GONZALEZ did intentionally and forcibly assault United States Border Patrol Agent B.P., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Agent B.P. was engaged in and on account of the performance of his official duties, and in

the commission of such assault, the defendant did use a deadly or dangerous weapon, to wit: a motor vehicle, and intentionally threatened Agent B.P.. coupled with an apparent ability to inflict injury on Agent B.P. which caused a reasonable apprehension of immediate bodily harm.

All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT 2

**ASSAULT ON A FEDERAL OFFICER – DEADLY OR DANGEROUS WEAPON**

On or about June 5, 2025 in the District of Arizona, IVAN GONZALEZ did intentionally and forcibly assault United States Border Patrol Agent J.P., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Agent J.P. was engaged in and on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, to wit: a motor vehicle, and intentionally threatened Agent J.P. coupled with an apparent ability to inflict injury on Agent J.P. which caused a reasonable apprehension of immediate bodily harm.

All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT 3

**DAMAGE TO PROPERTY OF THE UNITED STATES**

On or about June 5, 2025 in the District of Arizona, IVAN GONZALEZ did willfully injure and commit depredation against property of the United States Department of Homeland Security, United States Customs and Border Protection, by knowingly driving and colliding his motor vehicle into two marked U.S. Border Patrol Vehicles

///
///
///
///
///
///

thereby causing damage to said property in excess of One Thousand Dollars ($1,000).

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: 7/23/25

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

PETE ANDREW SABORI
Assistant U.S. Attorney

*United States of America v. Ivan Gonzalez*
*Indictment Page 3 of 3*